1  Mark Brnovich
   Attorney General
2  Firm State Bar No. 14000

3  Ann Hobart, Bar No. 019129
   Assistant Attorney General
4  2005 N. Central Avenue
   Phoenix, Arizona 85004
5  Telephone   (602) 542-8347
   Facsimile   (602) 542-7644
6  Ann.Hobart@azag.gov
   EmploymentLaw@azag.gov
7  Attorneys for Defendants

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF ARIZONA**

| Jason Heffington, et al., | Case No: 2:20-cv-00107-DJH |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| The Arizona Department of Corrections, David Shinn, Director of the Arizona Department of Corrections, in his official capacity; Charles Ryan, former Director of the Arizona Department of Corrections, in his official capacity and personally, John Hall, in his official capacity and personally; Gerald Thompson, in his official capacity and personally; and Wendy Eckles, in her official capacity and personally, | |
| Defendants. | |

The parties hereby notify the Court that they have reached a settlement in this action. The parties will file a stipulation to dismiss this action with prejudice upon the execution of settlement documents.

Respectfully submitted this 10th day of February, 2021.

Mark Brnovich
Attorney General

/s/ Ann Hobart
Ann Hobart
Assistant Attorney General
Attorneys for Defendants

1. I certify that I electronically transmitted the attached document
2. to the Clerk's Office using the CM/ECF System for filing this
3. 10th day of February, 2021, and service on:
4. Troy P. Foster
   Megan Weides
5. The Foster Group, PLLC
   902 W. McDowell Road
6. Phoenix, AZ  85007
   tfoster@thefosterlaw.com
7. cgarcia@thefosterlaw.com
   Attorneys for Plaintiff
8. 
9. /s/     Deb Sawyer
   #9288984