# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Heffington,<br><br>      Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>      Defendants. | No. CV-20-00107-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 41), filed on June 17, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 41) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 21st day of June, 2021.

Honorable Diane J. Humetewa
United States District Judge